NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 3 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHAME ON YOU PRODUCTIONS, INC., | No. 15-56372 |
| Plaintiff-Appellant, | D.C. No. 2:14-cv-03512-MMM-JC |
| v. | |
| ELIZABETH BANKS; et al., | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Central District of California
Margaret M. Morrow, District Judge, Presiding

Argued and Submitted April 6, 2017
Pasadena, California

Before: PLAGER,** CLIFTON, and OWENS, Circuit Judges.

Shame on You Productions, Inc. ("SOYP") appeals the district court's order

and judgment dismissing SOYP's federal copyright infringement claim and

California state law implied-in-fact contract claim. On the basis of the thorough

and well-reasoned order of the district court, we affirm.

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\* The Honorable S. Jay Plager, United States Circuit Judge for the U.S.
Court of Appeals for the Federal Circuit, sitting by designation.

**AFFIRMED**.